ALBANY,
Oct. 1831.

Sheldon
v.
Hopkins.

---

### SHELDON *vs.* HOPKINS.

In declaring on a *justice's judgment* of a *sister state*, the statute giving jurisdiction to the justice must be pleaded.

DEMURRER to declaration. The declaration is in *debt* on a *justice's judgment* rendered in *Vermont*. The judgment is averred to have been recovered on, &c. at Manchester, in the

county of Bennington, and state of Vermont, before J. P., Esquire, one of the justices of the peace within and for the county of Bennington, then and still being such justice, and having full power and competent jurisdiction in said cause by the confession of the defendant, and that by the consideration and judgment of the said justice, the plaintiff recovered judgment against the defendant for $171 debt or damages and $2,50 costs, &c. The defendant *demurred.*

*S. Stevens,* for defendant.

*J. A. Spencer,* for plaintiff.

*By the Court,* NELSON, J. The declaration is no doubt defective in not setting forth facts sufficient to give jurisdiction to the justice. The statute giving jurisdiction to the justice ought to have been pleaded. It is well settled that the general averment of jurisdiction is not enough. 3 Wendell, 267. 6 id. 438. The defendant must have judgment; leave, however, is granted to the plaintiff to amend on payment of costs.